UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: Anna V. Castaneda
Debtor(s)                                              CASE NO. 20-01249 JMC-7

## MOTION TO AVOID JUDICIAL LIEN ON REAL PROPERTY AND NOTICE OF OBJECTION DEADLINE

Debtors moves pursuant to 11 U.S.C. §522 (f) to avoid the lien of Crown Asset Management, LLC, hereinafter Creditor, on the real property at 2223 Whitecliff Drive, Indianapolis, IN 46234, Parcel #9053464 Tansel Crossing Sec. 1 L 36, and shows:

1. Debtor filed this case, Petition Date, on 3/4/2020.
2. Crown Asset Management, LLC obtained a judgment lien on the property on 9/25/2019.
3. The Judgment is as follows: Marion County #49D07-1907-CC-30829 for $15,608.64.
4. The value of the Property as of the Petition Date was $105,000.00.
5. Other liens on the Property not sought to be avoided are as follows: Selene Finance LP in the amount of $87,908.98 as documented in the Reaffirmation Agreement.
6. Other liens the debtor will be seeking to avoid by separate motions are as follows:
   Discover Bank, Marion County #49D02-1810-CC-040787, for $2,078.29.
   Crown Asset Management, Marion County #49D02-1810-CC-040787, for $2,078.29.
7. Amount of the exemption debtor would be entitled but for the lien is $19,300.00.
8. The Property has been claimed as exempt.
9. The lien impairs an exemption and is subject to avoidance under 11 U.S.C. §552(f).

NOTICE: Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to enter an order avoiding the judicial lien or if you want the court to consider your views on the motion, then on or before 21 days from the date of service, you or your attorney must file with the court a written objection explaining your position. Those not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at: U.S. Courthouse, 116 U.S. Courthouse, 46 E. Ohio St., Indpls., IN 46204. If you mail your objection to the court, you must mail it early enough so the court will receive it on time. You must also send a copy of your objection to Darrell J. Dolan, 6525 E. 82nd Street, Suite 102, Indianapolis, IN 46250. If you or your attorney do not take these steps, the court may decide that you do not oppose an order avoiding the judicial lien and may enter an order granting that relief.

WHEREFORE, debtor moves to enter an order avoiding creditor's Judicial Lien.

Respectfully Submitted,    /s/ Darrell J. Dolan
                           Darrell J. Dolan
                           6525 E. 82nd Street, Suite 102
                           Indianapolis, IN 46250
                           317-842-0022 fax 317- 842-2216
                           Darrell@attorneydolan.com

I certify this document was sent to all parties receiving notice through CM/ECF electronically, and to the Creditors as indicated below on March 10, 2023.
/s/ Darrell J. Dolan

<u>CM/ECF to</u>:
US Trustee
Trustee

<u>US Mail to:</u>
Discover Bank
c/o C T Corporation System
334 North Senate Avenue
Indianapolis, IN, 46204-1708
Attn: Highest Corporate Officer

(Counsel notes above address is listed at the Discover web site for service of legal notices https://www.discover.com/company/our-company/assets/registered-agents.html and is also listed at IN.GOV for Discover Products)


Crown Asset Management, LLC
334 North Senate Avenue
Indianapolis, IN, 46204-1708
Attn: Highest Corporate Officer

(Counsel notes above address provided by IN.Gov for Crown legal notices)