

**SO ORDERED: May 5, 2023.**

_____
**James M. Carr**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

IN RE:   Anna V. Castaneda
Debtor(s)                                                                         CASE NO. 20-01249 JMC 7

### ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN
### ON REAL PROPERTY

Debtors filed a motion pursuant to 11 U.S.C. Section 522(f)(1)(A) seeking to avoid the judicial lien of Discover Bank as follows:   Marion County Case #49D02-1810-CC-040787 on the property described herein:

2223 Whitecliff Drive, Indpls., IN 46234, Parcel #9053464 Tansel Crossing Sec. 1 L 36.

There having been no response, it is therefore ORDERED by the Court that the Motion to Avoid Judicial Lien of Discover Bank in the approximate amount of $2,078.29 is hereby GRANTED and said lien shall have no force or effect.

###